COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Joseph C. Carabotta v. Joseph  M. Berns

Appellate case number:    01-19-00650-CV

Trial court case number:  C19-047

Trial court:              County Court at Law of Waller County

A question about this Court's jurisdiction has arisen from our review of the record, which indicates that Joseph C. Carabotta is no longer in possession of the real property upon which the underlying forcible detainer suit was based. An appeal in a forcible detainer action becomes moot when the appellant ceases to have actual possession of the property, unless the appellant has a potentially meritorious claim of right to current, actual possession. *See Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006). We lack jurisdiction to entertain moot controversies. *See Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999). "Appellate courts must determine, even *sua sponte*, the question of jurisdiction, and the lack of jurisdiction may not be ignored simply because the parties do not raise the issue." *Walker Sand, Inc. v. Baytown Asphalt Mtls., Ltd.*, 95 S.W.3d 511, 514 (Tex. App.—Houston [1st Dist.] 2002, no pet.) (citing *McCauley v. Consol. Underwriters*, 304 S.W.2d 265, 266 (1957)).

The Court intends to dismiss this appeal for want of jurisdiction. The parties are **ordered** to file a response to this order indicating why this Court should not dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). The parties' responses must be filed by December 8, 2020.

It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Goodman, and Countiss.

Date:   __November 24, 2020_____